IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CAROLYN CURTIS, *ET AL.* | ) |
| | ) |
| v. | ) NO. 2:04-CV-44 |
| | ) |
| GE CAPITAL MODULAR SPACE, *ET AL.* | ) |
| | ) |

## **O R D E R**

The plaintiff having responded that it does not contest the defendant's motion, it is hereby **ORDERED** that the uncontested motion of the defendant, GE Capital Modular Space, for summary judgment is **GRANTED.** [Doc. 10]. It is further **ORDERED**, consistent with the Judgment of the Supreme Court of Tennessee, ruling upon the questions certified to it by this Court, that the complaint of Carolyn Curtis is **DISMISSED.** [Doc. 9]. Additionally, it is **ORDERED** that**,** in light of the fact that Bennett Truck Transport, Inc. has now filed an answer to the plaintiff's complaint, the plaintiff's motion for default judgment is **DENIED.** [Doc. 14]. The United States District Clerk is **DIRECTED** to set a scheduling conference with the remaining parties, TRW, Inc. and Bennett Truck Transport, Inc.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE